**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 6:02-CR-127-ORL-19DAB
     CASE NO. 6:05-CR-64-ORL-19DAB

DEBORAH SHERIDAN

_____

ORDER

This case was considered by the Court on Petitions on Probation and Supervised Release (Doc. No. 56 in Case No. 02-CR-127-ORL-19DAB (filed October 12, 2004) and Doc. No. 3 in Case No. 6:05-CR-64-ORL-19DAB (filed May 3, 2005), Amended Petitions on Probation and Supervised Release (Doc. Nos. 58 and 62 in Case No. 6:02-CR-127-ORL-19DAB, filed January 26, 2005 and April 13, 2005, respectively), Report and Recommendations of the United States Magistrate Judge (Doc. No. 72 in Case No. 6:02-CR-127-ORL-19DAB, and Doc. No. 8 in Case No. 6:05-CR-64-ORL-19DAB, filed May 25, 2005), and Orders to Show Cause at Final Revocation Hearing (Doc. No. 73 in Case No. 6:02-CR-127-ORL-19DAB, and Doc. No. 10 in Case No. 6:05-CR-64-ORL-19DAB, filed June 6, 2005) at a hearing held June 30, 2005 attended by Defendant, counsel for Defendant and counsel for the Government. Upon hearing the matters presented, it is **ORDERED:**

1. The Report and Recommendations of the United States Magistrate Judge (Doc. Nos. 72 in Case No. 6:02-CR-127-ORL-19DAB and Doc. No. 8 in Case No. 6:05-CR-64-ORL-19DAB) are **ADOPTED AND APPROVED,** there being no objection filed.

2. The Petitions on Probation and Supervised Release (Doc. No. 56 in Case No. 6:02-CR-127-ORL-19DAB and Doc. No. 3 in Case No. 6:05-CR-64-ORL-19DAB) and

Amended Petitions on Probation and Supervised Release (Doc. Nos. 58 and 62 in Case No. 6:02-CR-127-ORL-19DAB) are **GRANTED,** and the Defendant's supervised release (Doc. No. 41 in Case No. 6:02-CR-127-ORL-19DAB and Doc. No. 5 in Case No. 6:05-CR-64-ORL-19DAB) are **REVOKED.**

3. Defendant shall be committed to the custody of the United States Bureau of Prisons to be incarcerated for a term of **18 months** to be served concurrently in both cases, Case Number 6:02-CR-127-ORL-19DAB and Case Number 6:05-CR-64-ORL-19DAB**.** The Defendant shall be immediately **REMANDED** to the custody of the United States Marshal to await designation of a facility for service of this sentence.

4. The Court has considered the factors enumerated in 18 United States Code Section 3553 including applicable advisory guidelines and policy statements issued by the U.S. Sentencing Commission in imposing this sentence.

5. In all other respects the Judgments in a Criminal Case (Doc. No. 41 in Case No. 6:02-CR-127-ORL-19DAB and Doc. No. 5 in Case No. 6:05-CR-64-ORL-19DAB) remains in full force and effect.

6. Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of this Court in these cases.

7. Defendant has been advised of her right to appeal.

**DONE AND ORDERED** at Orlando, Florida, this ___30th___ day of June, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant